IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MAURICE BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv699-MHT |
| | ) | (WO) |
| WARDEN STRICKLAND and | ) | |
| DR. HUNTER, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that:

(1) Plaintiff's motion to dismiss (doc. no. 16) is granted.

(2) This lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

This case is closed.

DONE, this the 15th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE